No. 73-1842. ADAMS ET AL. *v.* SOUTHERN CALIFORNIA FIRST NATIONAL BANK ET AL. C. A. 9th Cir. Motion of Ford Motor Credit Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮▮▮▮▮▮

No. 73-1897. NOWLIN ET UX. *v.* PROFESSIONAL AUTO SALES, INC., ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮▮▮▮▮